IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NATHAN BRICK, | § | |
| | § | |
| Plaintiff Below, | § | No. 311, 2020 |
| Appellant, | § | |
| | § | Court Below – Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| THE RETROFIT SOURCES, LLC, | § | |
| TRS HOLDCO, LLC and TRS | § | C.A. No. 2020-0254-KSJM |
| MANAGEMENT, LLC, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: March 17, 2021
Decided: March 26, 2021

Before **SEITZ**, Chief Justice; **VAUGHN** and **MONTGOMERY-REEVES**, Justices.

**ORDER**

On this 26th day of March, 2021, after careful consideration of all briefs and the record on appeal, and after oral argument, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the August 18, 2020 Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice